Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: KAPP, DUANE | § | Case No. 13-28444 |
| KAPP, DIANE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 16, 2013.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $    11,534.82

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 159.90 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 11,374.92 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/24/2014 and the deadline for filing governmental claims was 01/12/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,903.48. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,903.48, for a total compensation of $1,903.48.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2014      By: /s/Ira Bodenstein
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-28444  
**Case Name:** KAPP, DUANE  
                KAPP, DIANE  
**Period Ending:** 10/16/14

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 07/16/13 (f)  
**§341(a) Meeting Date:** 08/28/13  
**Claims Bar Date:** 01/24/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 245 Warner Smith Rd., Tullahoma, TN 37388 (See Footnote) | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 233 Warner Smith Rd (15 acres), Tullahoma, TN 37 (See Footnote) | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 3 | Cash | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Duplicate of asset # 8 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Duplicate of asset # 9 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Duplicate of asset # 10 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Duplicate of asset # 11 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | US Bank checking account | 424.95 | 0.00 | | 0.00 | FA |
| 9 | US Bank checking account | 840.95 | 0.00 | | 0.00 | FA |
| 10 | BMO Harris checking account | 866.24 | 0.00 | | 0.00 | FA |
| 11 | BMO Harris savings accounts-two accounts | 498.97 | 0.00 | | 0.00 | FA |
| 12 | miscellaneous | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | 20 silver coins | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Miscellaneous | 200.00 | 0.00 | | 0.00 | FA |
| 15 | 3 rifles and pistol | 200.00 | 0.00 | | 0.00 | FA |
| 16 | KCS Services - Tennessee Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Prudential stock--16 shares | 240.00 | 0.00 | | 0.00 | FA |
| 18 | Kapp Family Trust | 9,000.00 | 0.00 | | 11,534.82 | FA |
| 19 | 2005 Chevy Malibu (See Footnote) | 3,675.00 | 3,675.00 | | 0.00 | FA |
| 20 | 2005 Chevy Malibu Classic (See Footnote) | 2,575.00 | 175.00 | | 0.00 | FA |
| 21 | 2004 Ford Escape (See Footnote) | 3,545.00 | 0.00 | | 0.00 | FA |
| 22 | ATV (See Footnote) | 1,000.00 | 400.00 | | 0.00 | FA |
| 22 | **Assets Totals** (Excluding unknown values) | **$262,066.11** | **$39,250.00** | | **$11,534.82** | **$0.00** |

RE PROP# 1      No equity and of inconsequential value  
RE PROP# 2      Inconsequential value  
RE PROP# 19    Inconsequential value

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 13-28444  
**Case Name:** KAPP, DUANE  
KAPP, DIANE  
**Period Ending:** 10/16/14

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/16/13 (f)  
**§341(a) Meeting Date:** 08/28/13  
**Claims Bar Date:** 01/24/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 20   Inconsequential value | | | | | |
| RE PROP# 21   No equity | | | | | |
| RE PROP# 22   Inconsequential value | | | | | |

**Major Activities Affecting Case Closing:**

Review claims, file objections if needed and prepare TFR.

**Initial Projected Date Of Final Report (TFR):** September 30, 2014    **Current Projected Date Of Final Report (TFR):** September 30, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-28444 | | **Trustee:** | Ira Bodenstein (330129) |
| --- | --- | --- | --- | --- |
| **Case Name:** | KAPP, DUANE | | **Bank Name:** | Rabobank, N.A. |
| | KAPP, DIANE | | **Account:** | ******5866 - Checking Account |
| **Taxpayer ID #:** | **-***2076 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 10/16/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/13 | {18} | Alberta and Duane Kapp | Liquidation of Kapp family trust | 1129-000 | 11,534.82 | | 11,534.82 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,524.82 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.12 | 11,507.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.44 | 11,492.26 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.97 | 11,476.29 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.60 | 11,458.69 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.47 | 11,442.22 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.90 | 11,426.32 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.07 | 11,408.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.86 | 11,392.39 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.47 | 11,374.92 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 11,534.82 | 159.90 | $11,374.92 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 11,534.82 | 159.90 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$11,534.82** | **$159.90** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5866** | 11,534.82 | 159.90 | 11,374.92 |
| | $11,534.82 | $159.90 | $11,374.92 |

{} Asset reference(s)  Printed: 10/16/2014 10:25 AM   V.13.15

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 24, 2014

**Case Number:** 13-28444　　　　　　　　　　Page: 1　　　　　　　　　　**Date:** October 16, 2014
**Debtor Name:** KAPP, DUANE　　　　　　　　　　　　　　　　　　　　　　**Time:** 10:25:46 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,903.48 | $0.00 | 1,903.48 |
| 1<br>100 | AmeriCredit Financial Services, Inc.<br>PO Box 183853<br>Arlington, TX 76096 | Secured | Claim withdrawn 10/15/2014 Docket # 28 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Citizens Community Ban<br>1418 Dinah Shore Blvd<br>Winchester, TN 37398 | Secured | XXXXXX8461 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096 | Secured | XXXXX8689 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>100 | Bk Of Amer<br>Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | Secured | XXXXXX4416 | $0.00 | $0.00 | 0.00 |
| 2<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | XXXXXXXXXXXX8600 | $5,887.92 | $0.00 | 5,887.92 |
| 3<br>610 | Ascend Federal Credit Union<br>P.O. Box 1210<br>Tullahoma, TN 37388 | Unsecured | XXXXX2085 | $30,226.51 | $0.00 | 30,226.51 |
| 4<br>610 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387,2230 E Imperial Hwy<br>El Segundo, CA 90245 | Unsecured | | $357.25 | $0.00 | 357.25 |
| 5<br>610 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE BANK, N.A.<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | XXXXXXXXXXXX8385 | $1,696.99 | $0.00 | 1,696.99 |
| 6<br>610 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657 | Unsecured | | $10,735.27 | $0.00 | 10,735.27 |
| NOTFILED<br>610 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX8356 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Broad Street Two, LLC<br>1238 Sloan St.<br>Suite C1A<br>Murfreesboro, TN 37130 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Us Bank Hogan Loc<br>Po Box 5227<br>Cincinnati, OH 45201 | Unsecured | XXXXXXXX8677 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 24, 2014

**Case Number:** 13-28444  
**Debtor Name:** KAPP, DUANE

Page: 2

**Date:** October 16, 2014  
**Time:** 10:25:46 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | Unsecured | XXXXXXXXXXXX6665 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 50,807.42 | 0.00 | 50,807.42 |

Case 13-28444   Doc 29   Filed 10/27/14   Entered 10/27/14 09:56:02   Desc Main
Document   Page 7 of 10

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 13-28444
Case Name: KAPP, DUANE
Trustee Name: Ira Bodenstein

**Balance on hand:**   $   11,374.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   11,374.92

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,903.48 | 0.00 | 1,903.48 |

Total to be paid for chapter 7 administration expenses:   $   1,903.48
Remaining balance:   $   9,471.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   9,471.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00
Remaining balance:   $   9,471.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 48,903.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Capital One Bank (USA), N.A. | 5,887.92 | 0.00 | 1,140.34 |
| 3 | Ascend Federal Credit Union | 30,226.51 | 0.00 | 5,854.10 |
| 4 | American InfoSource LP as agent for | 357.25 | 0.00 | 69.19 |
| 5 | Portfolio Recovery Associates, LLC | 1,696.99 | 0.00 | 328.66 |
| 6 | Wells Fargo Bank, N.A. | 10,735.27 | 0.00 | 2,079.15 |

Total to be paid for timely general unsecured claims: $ 9,471.44
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

                                 Total to be paid for subordinated claims: $         0.00
                                 Remaining balance:                       $         0.00

**UST Form 101-7-TFR (05/1/2011)**