# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: KAPP, DUANE  § Case No. 13-28444
     KAPP, DIANE §
      §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $253,066.11  
*(without deducting any secured claims)*

Assets Exempt: $36,991.11

Total Distribution to Claimants: $9,471.44

Claims Discharged Without Payment: $72,521.50

Total Expenses of Administration: $2,063.38

---

3) Total gross receipts of $ 11,534.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,534.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $228,990.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,063.38 | 2,063.38 | 2,063.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 59,951.00 | 48,903.94 | 48,903.94 | 9,471.44 |
| **TOTAL DISBURSEMENTS** | $288,941.00 | $50,967.32 | $50,967.32 | $11,534.82 |

4) This case was originally filed under Chapter 7 on July 16, 2013. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/13/2015         By: /s/Ira Bodenstein
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Kapp Family Trust | 1129-000 | 11,534.82 |
| **TOTAL GROSS RECEIPTS** | | **$11,534.82** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AmeriCredit Financial Services, Inc. | 4210-000 | N/A | | 0.00 | 0.00 |
| NOTFILED | Citizens Community Ban | 4110-000 | 21,850.00 | N/A | N/A | 0.00 |
| NOTFILED | Gm Financial | 4110-000 | 3,240.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 4110-000 | 203,900.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$228,990.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,903.48 | 1,903.48 | 1,903.48 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 17.12 | 17.12 | 17.12 |
| Rabobank, N.A. | 2600-000 | N/A | 15.44 | 15.44 | 15.44 |
| Rabobank, N.A. | 2600-000 | N/A | 15.97 | 15.97 | 15.97 |
| Rabobank, N.A. | 2600-000 | N/A | 17.60 | 17.60 | 17.60 |
| Rabobank, N.A. | 2600-000 | N/A | 16.47 | 16.47 | 16.47 |
| Rabobank, N.A. | 2600-000 | N/A | 15.90 | 15.90 | 15.90 |
| Rabobank, N.A. | 2600-000 | N/A | 18.07 | 18.07 | 18.07 |
| Rabobank, N.A. | 2600-000 | N/A | 15.86 | 15.86 | 15.86 |
| Rabobank, N.A. | 2600-000 | N/A | 17.47 | 17.47 | 17.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,063.38 | $2,063.38 | $2,063.38 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 5,887.00 | 5,887.92 | 5,887.92 | 1,140.34 |
| 3 | Ascend Federal Credit Union | 7100-000 | 19,042.00 | 30,226.51 | 30,226.51 | 5,854.10 |
| 4 | American InfoSource LP as agent for | 7100-000 | N/A | 357.25 | 357.25 | 69.19 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 1,933.00 | 1,696.99 | 1,696.99 | 328.66 |
| 6 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 10,735.27 | 10,735.27 | 2,079.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Chase | 7100-000 | 14,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Broad Street Two, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Hogan Loc | 7100-000 | 342.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 17,847.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $59,951.00 | $48,903.94 | $48,903.94 | $9,471.44 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28444  
**Case Name:** KAPP, DUANE  
KAPP, DIANE  
**Period Ending:** 02/13/15

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/16/13 (f)  
**§341(a) Meeting Date:** 08/28/13  
**Claims Bar Date:** 01/24/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 245 Warner Smith Rd., Tullahoma, TN 37388 (See Footnote) | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 233 Warner Smith Rd (15 acres), Tullahoma, TN 37 (See Footnote) | 35,000.00 | 35,000.00 | | 0.00 | FA |
| 3 | Cash | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Duplicate of asset # 8 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Duplicate of asset # 9 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Duplicate of asset # 10 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Duplicate of asset # 11 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | US Bank checking account | 424.95 | 0.00 | | 0.00 | FA |
| 9 | US Bank checking account | 840.95 | 0.00 | | 0.00 | FA |
| 10 | BMO Harris checking account | 866.24 | 0.00 | | 0.00 | FA |
| 11 | BMO Harris savings accounts-two accounts | 498.97 | 0.00 | | 0.00 | FA |
| 12 | miscellaneous | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | 20 silver coins | 500.00 | 0.00 | | 0.00 | FA |
| 14 | Miscellaneous | 200.00 | 0.00 | | 0.00 | FA |
| 15 | 3 rifles and pistol | 200.00 | 0.00 | | 0.00 | FA |
| 16 | KCS Services - Tennessee Corp. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Prudential stock--16 shares | 240.00 | 0.00 | | 0.00 | FA |
| 18 | Kapp Family Trust | 9,000.00 | 0.00 | | 11,534.82 | FA |
| 19 | 2005 Chevy Malibu (See Footnote) | 3,675.00 | 3,675.00 | | 0.00 | FA |
| 20 | 2005 Chevy Malibu Classic (See Footnote) | 2,575.00 | 175.00 | | 0.00 | FA |
| 21 | 2004 Ford Escape (See Footnote) | 3,545.00 | 0.00 | | 0.00 | FA |
| 22 | ATV (See Footnote) | 1,000.00 | 400.00 | | 0.00 | FA |
| **22** | **Assets** **Totals** (Excluding unknown values) | **$262,066.11** | **$39,250.00** | | **$11,534.82** | **$0.00** |

RE PROP# 1     No equity and of inconsequential value  
RE PROP# 2     Inconsequential value  
RE PROP# 19    Inconsequential value

Printed: 02/13/2015 09:43 AM    V.13.20

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-28444  
**Case Name:** KAPP, DUANE  
KAPP, DIANE  
**Period Ending:** 02/13/15  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/16/13 (f)  
**§341(a) Meeting Date:** 08/28/13  
**Claims Bar Date:** 01/24/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| RE PROP# 20 Inconsequential value | | | | | |
| RE PROP# 21 No equity | | | | | |
| RE PROP# 22 Inconsequential value | | | | | |

**Major Activities Affecting Case Closing:**

Review claims, file objections if needed and prepare TFR.

**Initial Projected Date Of Final Report (TFR):** September 30, 2014  **Current Projected Date Of Final Report (TFR):** October 28, 2014 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-28444
**Case Name:** KAPP, DUANE
KAPP, DIANE
**Taxpayer ID #:** **-***2076
**Period Ending:** 02/13/15

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** Rabobank, N.A.
**Account:** ******5866 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/20/13 | {18} | Alberta and Duane Kapp | Liquidation of Kapp family trust | 1129-000 | 11,534.82 | | 11,534.82 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 11,524.82 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.12 | 11,507.70 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.44 | 11,492.26 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.97 | 11,476.29 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.60 | 11,458.69 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.47 | 11,442.22 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.90 | 11,426.32 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.07 | 11,408.25 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.86 | 11,392.39 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.47 | 11,374.92 |
| 11/25/14 | 101 | Ira Bodenstein | Trustee compensation approverd 11/24/14 DKT # 33 | 2100-000 | | 1,903.48 | 9,471.44 |
| 11/25/14 | 102 | Capital One Bank (USA), N.A. | Ref # XXXXXXXXXXXX8600 | 7100-000 | | 1,140.34 | 8,331.10 |
| 11/25/14 | 103 | Ascend Federal Credit Union | Ref # XXXXX2085 | 7100-000 | | 5,854.10 | 2,477.00 |
| 11/25/14 | 104 | American InfoSource LP as agent for | Final distribution | 7100-000 | | 69.19 | 2,407.81 |
| 11/25/14 | 105 | Portfolio Recovery Associates, LLC | Ref # XXXXXXXXXXXX8385 | 7100-000 | | 328.66 | 2,079.15 |
| 11/25/14 | 106 | Wells Fargo Bank, N.A. | | 7100-000 | | 2,079.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,534.82 | 11,534.82 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 11,534.82 | 11,534.82 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,534.82** | **$11,534.82** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5866** | 11,534.82 | 11,534.82 | 0.00 |
| | $11,534.82 | $11,534.82 | $0.00 |

{} Asset reference(s)

Printed: 02/13/2015 09:43 AM    V.13.20